UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: PAUL A. CHIN, ESQ.

ALLBALL ATHLETICS, LLC FORMERLY KNOWN AS ALLBALL ATHLETICS INC.

Plaintiff(s)

- against -

NBA PROPERTIES, INC., ETANO

Defendant(s)

Index # 05 CV 9960

Purchased November 28, 2005

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BARRY F. GERMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 11, 2006 at 03:55 PM at

645 FIFTH AVENUE
15TH FLOOR
NEW YORK, NY10022-5910

deponent served the within SUMMONS AND COMPLAINT on NBA PROPERTIES, INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to MICHELLE PUJALS personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 36 | 5'5 | 135 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: January 12, 2006

JOE KNIGHT
Notary Public, State of New York
No. 01KN4808827
Qualified in New York County
Comm. Expires September 30, 2006

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4997428
Qualified in New York County
Comm. Expires June 8, 2006

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2006

BARRY F. GERMAN
License #: 982866
Invoice #: 406172

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007

Dockets.Justia.com