**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ALLBALL ATHLETICS, LLC,
formerly known as
ALLBALL ATHLETICS, INC.,

        *Plaintiff*,

    -against-

NBA PROPERTIES, INC., and
MADISON SQUARE GARDEN, L.P.,

        *Defendants*.

05 CV 9960 (RCC)

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

---

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the defendant Madison Square Garden L.P. states that it is a wholly owned subsidiary of Regional Programming Partners, which is an indirect wholly owned subsidiary of CSC Holdings, Inc.  CSC Holdings, Inc. is a wholly owned subsidiary of Cablevision Systems Corporation and is not publicly traded.  Cablevision Systems Corporation is a publicly traded company traded on the New York Stock Exchange under the symbol "CVC."  Citigroup, Inc. and Gabelli Asset Management, Inc. are publicly held corporations that own 10% or more of Cablevision Systems Corporation's stock.

        The defendant NBA Properties, Inc. ("NBAP") states that it does not have publicly-held corporate parents or subsidiaries. However, the shareholders of NBAP are the member teams of the National Basketball Association ("NBA"), and the following publicly-held companies have an ownership interest in an NBA team:

1. Aramark Corp.
2. Bank of America
3. Bell Globemedia, Inc.
4. Cablevision Systems Corp.
5. Clear Channel Communications, Inc.
6. Comcast Corporation
7. Fox Entertainment Group, Inc.
8. IBC Capital Corporation
9. The News Corporation Limited
10. SBC Communications, Inc.
11. Toronto Dominion Bank
12. Turner Broadcasting System, Inc.
13. Valero Corporate Services, Inc.
14. Wachovia Corporation.

Pursuant to Rule 7.1.(b)(2), the defendants will advise the Court of any change in the above information by promptly filing a supplement to this Disclosure Statement.

Dated: January 31, 2005
      New York, New York

ABELMAN FRAYNE & SCHWAB

_____
Lawrence E. Abelman (LA 6486)
Michael Aschen (MA 6336)
150 East Forty Second Street
New York, New York  10017
(212) 949-9022

Counsel for NBA Properties, Inc. and Madison Square Garden, L.P.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Rule 7.1 Certificate, was served this 31st day of January, 2006, by mail upon the following:

> Paul A. Chin, Esq.
> 299 Broadway
> Suite 1300
> New York, NY 10007

_____