UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: PAUL A. CHIN, ESQ.

ALLBALL ATHLETICS, LLC FORMERLY KNOWN AS ALLBALL ATHLETICS INC.

Plaintiff(s)

- against -

NBA PROPERTIES, INC., ETANO

Defendant(s)

Index # 05 CV 9960

Purchased November 28, 2005

AFFIDAVIT OF SERVICE

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DANIEL MILLER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 12, 2006 at 09:05 AM at

C/O THE PRENTICE HALL CORPORATION SYSTEM, INC.
80 STATE STREET
ALBANY, NY 12207

deponent served the within SUMMONS AND COMPLAINT on MADISON SQUARE GARDEN, L.P. therein named.

BY LEAVING A TRUE COPY WITH MAUREEN COGAN, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 40 | 5'6 | 170 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: January 19, 2006

JOE KNIGHT
Notary Public, State of New York
No. 01KN4808827

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4997428

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723

DANIEL MILLER