UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

Allball Athletics, LLC,

    Plaintiff,

-against-

NBA Properties, LP,

    Defendant.

----------------------------------------X

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

05 Civ. 9960 (RCC)(DFE)

The above-entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X_ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

3/27/06

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: New York, New York
March 24, 2006

_____
United States District Judge

Returned to chambers for scanning on 3/28/06.
Scanned by chambers on _____.

MICROFILM
MAR 2 8 2006 - 9:00 AM
Allball Athletics, LLC v. NBA Properties, Inc. et al    Doc. 9