USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC. #:
DATE FILED: 6/12/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ALLBALL ATHLETICS, LLC
formerly known as
ALLBALL ATHLETICS, INC.,
                              Plaintiff(s),          05 Civ 9960 (RCC) (DFE)

          - against -                                ORDER OF DISCONTINUANCE

NBA PROPERTIES, INC.
and MADISON SQUARE GARDEN, L.P.,

                              Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

          The parties having reached a resolution of this action, and
the parties having agreed to this order, and the parties having
consented to Magistrate Judge Eaton's jurisdiction for the
limited purpose of entering this order,        (including the counterclaims)
          IT IS HEREBY ORDERED that the above-captioned action, be, and
the same hereby is, discontinued with prejudice but without
costs; provided, however, that on or before December 29, 2006
the plaintiff may apply to Magistrate Judge Eaton by letter (by
fax and by mail) for restoration of the action to the calendar if
the settlement is not effected, in which event the action will be
restored to the calendar of the District Judge.

          SO ORDERED.

                                        _____
                                        DOUGLAS F. EATON
                                        United States Magistrate Judge

Dated:    New York, New York
          June 12 , 2006

Allball Athletics, LLC v. NBA Properties, Inc. et al                    Doc. 12