


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLBALL ATHLETICS, LLC,
formerly known as
ALLBALL ATHLETICS, INC.,

                *Plaintiff*,

    -against-

NBA PROPERTIES, INC., and
MADISON SQUARE GARDEN, L.P.,

                *Defendants*.

05 CV 9960 (RCC)

**CONSENT DECREE**

(ECF CASE)

Allball Athletics, LLC v. NBA Properties, Inc. et al      Doc. 13

    Upon consent of the parties to this action, by their counsel, it is hereby **STIPULATED** and **ORDERED** that:

    1. This Court has jurisdiction over the subject matter of this action.

    2. This Court has, and shall retain jurisdiction over the parties hereto, and all those bound hereunder, for purposes of the enforcement of this Consent Decree and the confidential Settlement Agreement between the parties resolving this action.

    3. The Confidential Settlement Agreement endorsed by the parties and effective September 6, 2006, is binding between them and is incorporated herein *in extenso*.

    4. This action, including all claims and counterclaims, and including without limitation all claims presently known or unknown arising from the individual allegations made herein, is hereby dismissed in its entirety with prejudice, against all parties, and each party shall bear its own costs and attorneys' fees.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-18-06
```

Dated: September 12, 2006
      New York, N.Y.

Paul A. Chin, Esq.

*/signature/*

The Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279
(212) 964-8030

Counsel for the Plaintiff

Dated: September 11, 2006
      New York, New York

**ABELMAN FRAYNE & SCHWAB**

*/signature/*

Lawrence E. Abelman (LA 6486)
Michael Aschen (MA 6336)
666 Third Avenue
New York, New York 10017
(212) 949-9022

Counsel for NBA Properties, Inc. and Madison Square Garden, L.P.

So Ordered, Sept. 18, 2006:

*/signature/*
U.S.D.J.

The Clerk of the Court is directed to close this case. Any pending motions are moot.

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON** _____